# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

IN RE: Tiana Lynn Branch }
        Debtor }  Chapter 13
}
}  Case No. 10-31179-DOT
}
Tidewater Finance Company }
Plaintiff, }
v. }
}
Tiana Lynn Branch }
}
ROBERT E HYMAN, TRUSTEE, }
}
        Defendants. }

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Comes Now, Debtor, Tiana Lynn Branch, respectfully answers as follows to the allegations made by Tidewater Finance Company in its Motion for Relief from Automatic Stay:

1. Debtor admits the allegations made by creditor in paragraphs 1 through 9 of its Motion.

2. Debtors deny the allegations in paragraph 10 through 18 of the Plaintiff's Motion.

WHEREFORE, the debtors respectfully pray that the Court deny this Motion and grant her request to have the vehicle returned to her.

                              Tiana Lynn Branch

                              By:__/s/ Ellen P. Ray___
                                 Of Counsel

Ellen P. Ray, Esq.
P.O. Box 12451
Richmond, VA 23219-0451

(804) 355-1800
Va. Bar No. 32286

## CERTIFICATE

I certify that a copy of the foregoing was mailed first class mail, postage prepaid, this 8th day of March, 2010, to:

Robert E. Hyman, Chapter 13 Trustee
PO Box 1780
Richmond, VA 23218-1780

James R. Sheeran
Tidewater Finance Company
PO Box 13306
Chesapeake, VA 23325

Tiana Branch
` 5018 Cabinmill Road
Chesterfield, VA 23234

                                                                                             /s/ Ellen P. Ray
                                                                                               Ellen P. Ray